# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLARISSE COLE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SILVER SPRINGS** | : | |
| **MARTIN LUTHER SCHOOL** | : | **NO. 18-2303** |

## ORDER

**NOW**, this 10th day of July, 2018, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

/s/TIMOTHY J. SAVAGE